```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10

11  EMILY RECTOR,                 )    1:04-cv-06466 AWI TAG
                                  )
12               Plaintiff,       )
                                  )    STIPULATION AND ORDER
13          v.                    )    FOR REMAND PURSUANT TO
                                  )    SENTENCE FOUR OF 42 U.S.C.
14  JO ANNE B. BARNHART,          )    § 405(g), and
    Commissioner of Social        )
15  Security,                     )    REQUEST FOR ENTRY OF JUDGMENT
                                  )
16               Defendant.       )
    _____)
17
```

18     IT IS HEREBY STIPULATED, by and between the parties, through

19  their respective counsel of record, that this action be remanded

20  to the Commissioner of Social Security for further administrative

21  action pursuant to section 205(g) of the Social Security Act, as

22  amended, 42 U.S.C. § 405(g), sentence four.

23     On remand, the Appeals Council will direct an Administrative

24  Law Judge to take the following action:

25     1.  Give further consideration to Plaintiff's mental

26  limitations and, in doing so, obtain medical expert evidence and

27  further evaluate the medical opinion evidence of record.

28     2.  Give specific reasons, based on the record, for rejecting

or accepting the limitations contained in these opinions;

    3.  Ask a vocational expert to clarify the issue of whether Plaintiff has transferable skills.  The ALJ will pose a hypothetical question to the vocational expert that contains all of the limitations assessed by the ALJ.

                                Respectfully submitted,

```
Dated: July 13, 2005        /s/ Gina M. Fazio
                            (as authorized by facsimile)
                            GINA M. FAZIO
                            Attorney for Plaintiff

Dated: July 14, 2005        McGREGOR W. SCOTT
                            United States Attorney


                            /s/ Kristi C. Kapetan
                            KRISTI C. KAPETAN
                            Assistant U.S. Attorney
```

IT IS SO ORDERED.

**Dated:   July 14, 2005**                                **/s/ Anthony W. Ishii**
0m8i78                                                    UNITED STATES DISTRICT JUDGE